1028

[No. 46016-5-II.   Division Two.   October 6, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO RAMIREZ DIAZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-04245-4, Stephanie A. Arend, J., entered March 14, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ.

[No. 46147-1-II.   Division Two.   October 6, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L. NEWLAND, *Appellant*.

[No. 46311-3-II.   Division Two.   October 6, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNARDO MARCO MONCADA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-02065-3, Robert A. Lewis, J., entered April 24, 2014. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Lee, J.

[No. 46536-1-II.   Division Two.   October 6, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY HOWARD PATTON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-02266-6, Jack F. Nevin, J., entered July 25, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Maxa, J.